**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GARY S. SILVERMAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | | Civil Action No. AW-06-1770 |
| | * | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | * | |
| Defendant. | * | |

\* \* \* \* \*

**ORDER**

This Court has been advised by each of the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111, IT IS this **13th day of February, 2007**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER **ORDERED** that:

1. The Clerk of the Court **CLOSE** this case;

2. The Clerk of the Court shall mail copies of this Order to counsel of record.

                                                       /s/
                                              Alexander Williams, Jr.
                                              United States District Court